UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NATHAN ESLAMI,<br><br>Plaintiff. | Case No. 20-07847 BLF (PR)<br>Case No. 20-09395 BLF (PR)<br><br>**JUDGMENT** |

This consolidated action has been dismissed as being opened due to clerical error. Judgment is entered accordingly.

The Clerk shall close these consolidated actions.

**IT IS SO ORDERED.**

Dated:  __February 11, 2021_____

BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\CR.20\007847.9395Eslami_judgment